Recieved 4/3/19 I.H 

Albert Shimunov
65-38 Both Street, Apt. 2-E
Rego Park, NY 11374
(646) 645-0764

Via US Mail

April 1st, 2019

The Honorable Cheryl L Pllak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    Khotovitskaya v. Shimunov et al.
              No. 18-cv-07303-NGG-CLP (E.D.N.Y.)

Dear Judge Pollak:

My Name is Albert Shimunov and I am a self-represented Defendant in this matter.
I respectfully submit this latter asking for an extension to file my Answer and/or appropriate motions as I have only recently been made aware of this lawsuit by David Shimunov, who is also a Defendant in this matter.
I have been out of country from about December 23rd, 2018 until January 21st, 2019. Upon my return I have not discovered any paperwork on or near my door, nor in my mailbox, as claimed in Plaintiff's affidavit of service.

Therefore, I respectfully request that the Court stays any entry of default judgment against me and extends the time for me to file my answer and/or motion(s).

David Shimunov has discussed such extension with Mr. Moshe Sasson from Sasson Law PLLC and he has no objection

Respectfully Submitted,

*[signature]*    4.2.19
Albert Shimmunov

Cc: Moshe Sasson
Sasson Law PLLC
1350 Broadway, Suite 212
New York, NY 10018
(212) 949-7500

RECEIVED APR 02 2019 PRO SE OFFICE